IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV- 01451-REB-PAC

VANESSA L. ROBBEN, by and through her natural mother and next friend, GRETA L. ROBBEN; and
GRETA L. ROBBEN, in her individual capacity,

Plaintiffs,

v.

JEFFERSON COUNTY PUBLIC SCHOOL DISTRICT No. R-1;
JOHN MITCHELL; and
JOHN DOES 1-10,

Defendants.

_____

### MINUTE ORDER
_____

Order Entered by Magistrate Judge Patricia A. Coan

      Upon review of Defendant, Jefferson County School District No. R-1's August 9, 2005 Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint,

      IT IS **ORDERED** that the motion is **GRANTED** and that the time within which Defendant Jefferson County School District No. R-1 may answer or otherwise respond to Plaintiffs' Complaint is extended to and including **October 7, 2005, but NO FURTHER EXTENSION OF TIME WILL BE GRANTED**.   It is further

      **ORDERED** that plaintiff's counsel's Motion to Approve Withdrawal of Counsel by Lee Katherine Goldstein filed August 2, 2005 is **GRANTED**.  Lee Katherine Goldstein need not serve as plaintiff's counsel from this date forward.

      Dated: August 9, 2005.