**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01451-REB-PAC

VANESSA L. ROBBEN, by and through her natural mother and next friend, GRETA L. ROBBEN, and
GRETA L. ROBBEN, in her individual capacity,

    Plaintiffs,

v.

JEFFERSON COUNTY PUBLIC SCHOOL DISTRICT, No. R-1,
JOHN MITCHELL, and
JOHN DOES 1-10,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    On January 12, 2006, the parties filed a **Stipulation for Dismissal With Prejudice** [#31]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice** [#31], filed on January 12, 2006, is **APPROVED**;

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That any pending motion is **DENIED** as moot.

Dated January 12, 2006, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**  
                                                **Robert E. Blackburn**  
                                                **United States District Judge**